IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| LARRY DWAYNE WALLING, | : | |
| Plaintiff, | | |
| v. | : | Case No. 3:14-cv-406 |
| H. CHARLES WAGNER, | | JUDGE WALTER H. RICE |
| Defendant. | : | |

---

DECISION AND ENTRY ADOPTING UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS (DOC. #3); DISMISSING COMPLAINT (DOC. #2) WITHOUT PREJUDICE; TERMINATION ENTRY

---

Based on the reasoning and citations of authority set forth by United States Magistrate Judge Michael J. Newman, in his December 22, 2014, Report and Recommendations (Doc. #3), as well as upon a thorough *de novo* review of this Court's file and the applicable law, this Court ADOPTS said judicial filing in its entirety.  The Court notes that, although Plaintiff requested, and was granted, an extension of time to file objections to the Report and Recommendations, no objections have been filed within the time allotted.

Because this Court lacks subject matter jurisdiction over Plaintiff's claims, Plaintiff's Complaint (Doc. #2) is DISMISSED WITHOUT PREJUDICE.

Judgment will be entered in favor of Defendant and against Plaintiff.

The captioned case is hereby ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

Date: January 28, 2015

_____
WALTER H. RICE
UNITED STATES DISTRICT JUDGE